UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARREL LEE WILBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV1736 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's amended complaint. The Court reviewed plaintiff's original complaint and found that it was incomprehensible and failed to state a basis for the Court's jurisdiction. Plaintiff's amended complaint does not illuminate plaintiff's claims or state a basis for federal court jurisdiction.

Rule 12(h)(3) of the Federal Rules of Civil Procedure states: "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."

Plaintiff brings this action against the United States of America. "To sue the United States, [a plaintiff] must show both a waiver of sovereign immunity and a grant of subject matter jurisdiction." V S Ltd. P'ship v. Dep't of Hous. and Urban Dev., 235 F.3d 1109, 112 (8th Cir. 2000). Plaintiff's complaint shows neither a waiver of the United States' sovereign immunity nor a basis for this Court's jurisdiction. As a result, the Court lacks subject matter jurisdiction over plaintiff's claims.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of jurisdiction.

Dated this 21st day of January, 2012.


/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE