# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DARREL LEE WILBER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CV1736 JCH |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 12(h)(3)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 21st day of January, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE